E-filing

1   MARK B. HELM (SBN 115711)
    MUNGER, TOLLES & OLSON LLP
2   355 South Grand Avenue, Thirty-Fifth Floor
    Los Angeles, CA 90071-1560
3   Telephone: (213) 683-9100
    Facsimile: (213) 687-3702
4   Email:      Mark.Helm@mto.com

5   Attorneys for Defendant
    TELEO, INC.
6

7   RICHARD P. SYBERT (SBN 80731)
    GORDON & REES LLP
8   101 West Broadway, Suite 1600
    San Diego, CA 92101
9   Telephone: (619) 230-7768
    Facsimile: (619) 696-7124
10  Email:      rsybert@gordonrees.com

11  Attorneys for Plaintiff
    LIVEOPS, INC.
12

**FILED**

OCT 1 7 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

16  LIVEOPS, INC., a Delaware              CASE NO. C-05-3773-MJJ
    corporation,
17                                         STIPULATION EXTENDING TIME
                 Plaintiff,                FOR DEFENDANT TELEO, INC. TO
18                                         RESPOND TO COMPLAINT
         vs.
19                                         Action Filed:    September 19, 2005

20  TELEO, INC., a Nevada corporation;     Honorable Martin J. Jenkins
    WENDELL BROWN, an individual,
    and DOES 1 through 99, inclusive,
21
                 Defendants.
22

23

24

25

26

27

28

1130917.1

1   WHEREAS, the Complaint in this matter was served on Defendant

2   Teleo, Inc. ("Teleo") on about September 19, 2005; and

3   WHEREAS, Teleo has requested and Plaintiff has agreed that Teleo

4   may have a 30-day extension of time to respond to the Complaint;

5   IT IS HEREBY STIPULATED by and between the parties hereto

6   through their counsel of record that defendant Teleo's time for responding to the

7   Complaint is extended to and including November 7, 2005.

8

9   DATED: October _10_, 2005          MUNGER, TOLLES & OLSON LLP

10

11                                     By: _Mark Helm / HH_

12                                          MARK B. HELM

13                                     Attorneys for Defendant
                                       TELEO, INC.
14

15   DATED: October 7, 2005            GORDON & REES LLP

16

17                                     By: _____

18                                          RICHARD P. SYBERT

19                                     Attorneys for Plaintiff
                                       LIVEOPS, INC.
20

21

22                                     IT IS SO ORDERED

23

24                                     _____
                                       MARTIN J. JENKINS
25                                     UNITED STATES DISTRICT JUDGE

26                                     _10_/_15_/_2005_
                                            DATE
27

28

1130917.1                          1        STIPULATION EXTENDING TIME FOR DEFENDANT
                                            TO RESPOND TO COMPLAINT
                                            C-05-3773-MJJ