HOJOON HWANG (SBN 189450)
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94705
Telephone: (415) 512 4000
Facsimile: (415) 644-6909
Email: hojoon.hwang@mto.com

Attorneys for Defendant
TELEO, INC.

RICHARD P. SYBERT (SBN 80731
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, CA 92101
Telephone: (619) 230-7768
Facsimile: (619) 696-7124
Email: rsybert@gordonrees.com

Attorneys for Plaintiff
LIVEOPS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVEOPS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TELEO, INC., a Nevada corporation; WENDELL BROWN, an individual, and DOES 1 through 99, inclusive,<br><br>Defendants. | CASE NO. C-05-3773-MJJ<br>Order granting:<br>STIPULATION EXTENDING TIME FOR DEFENDANT TELEO, INC. TO RESPOND TO COMPLAINT<br><br>Action Filed: September 19, 2005<br><br>Honorable Martin J. Jenkins |

|   |   |
|---|---|
| 1 | WHEREAS, the Complaint in this matter was served on Defendant Teleo, Inc. ("Teleo") on about September 19, 2005; |

WHEREAS, the Complaint in this matter was served on Defendant Teleo, Inc. ("Teleo") on about September 19, 2005;

WHEREAS, on or about October 10, 2005, the parties filed a stipulation extending Defendant Teleo's time for responding to the Complaint until November 7, 2005;

WHEREAS, on or about October 24, 2005, Plaintiff LiveOps Inc. ("LiveOps") and Defendant Wendell Brown filed a stipulation extending defendant Brown's time for responding to the Complaint until November 16, 2005;

WHEREAS, Defendant Teleo has requested a further extension of the time for responding to the Complaint;

WHEREAS, the stipulation is made to allow defendants to coordinate their responses if they so choose and is not interposed for purposes of delay; and

IT IS HEREBY STIPULATED by and between the parties hereto through their counsel of record that defendant Teleo's time for responding to the Complaint is extended to and including November 16, 2005.

DATED: November 1, 2005        MUNGER, TOLLES & OLSON LLP

By: _____
HOJOON HWANG

Attorneys for Defendant
TELEO, INC.

DATED: November 1, 2005        GORDON & REES LLP

By: Richard Sybert / by HH
RICHARD P. SYBERT

Attorneys for Plaintiff
LIVEOPS, INC.

IT IS SO ORDERED
Judge Martin J. Jenkins
11/1/2005

1136332.1        1        STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT
C-05-3773-MJJ