1  GORDON & REES LLP
   KEVIN W. ALEXANDER (State Bar No 175204) kalexander@gordonrees.com
2  RICHARD P. SYBERT (State Bar No 80731) rsybert@gordonrees.com
   101 West Broadway, Suite 2000
3  San Diego, California 92101
   Telephone: (619) 696-6700
4  Facsimile: (619) 696-7124

5  Attorneys for Plaintiff
   LIVEOPS, INC.
6

7  MUNGER TOLLES & OLSON LLP
   MARK B. HELM (State Bar No. 115711) mark.helm@mto.com
8  HOJOON HWANG (State Bar No. 189450) hojoon.hwang@mto.com
   560 Mission Street, 27th Floor
9  San Francisco, CA 94705
   Telephone: (415) 512-4000
10 Facsimile: (415) 644-6909

11 Attorneys for Defendant
   TELEO, INC.
12

13 TOWNSEND AND TOWNSEND AND CREW LLP
   BYRON W. COOPER (State Bar No. 166578) bwcooper@townsend.com
14 MARILEE S. CHAN (State Bar No. 232432) mschan@townsend.com
   379 Lytton Avenue
15 Palo Alto, California 94301
   Telephone: (650) 326-2400
16 Facsimile: (650) 326-2422

17 Attorneys for Defendant
   WENDELL BROWN
18

                    FILED
                    DEC 09 2005
                    RICHARD W. WIEKING
                    CLERK U.S. DISTRICT COURT,
                    NORTHERN DISTRICT OF CALIFORNIA
                    CHAMBERS

                    UNITED STATES DISTRICT COURT

                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

                    SAN FRANCISCO DIVISION

| | |
|---|---|
| LiveOps, Inc., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Teleo, Inc., a Nevada Corporation; Wendell Brown, an individual, and DOES 1 through 99, inclusive,<br><br>Defendants. | Case No.   C05-3773 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER MOVING THE CASE MANAGEMENT CONFERENCE TO JANUARY 10, 2006** |

- 1 -
STIPULATION AND [PROPOSED] ORDER MOVING THE CASE MANAGEMENT CONFERENCE TO JANUARY 10, 2006
C-05-3773 MJJ

1   LiveOps, Inc. ("LiveOps"), Teleo, Inc. ("Teleo"), and Wendell Brown ("Brown"), through
2   each party's undersigned counsel, hereby submit this Stipulation and [Proposed] Order to move the
3   case management conference from January 3, 2006 to January 10, 2006.

4   WHEREAS, on September 19, 2005, the Court issued an Order setting the initial case
5   management conference on January 3, 2006;

6   WHEREAS, on November 16, 2005, Brown filed "Defendant Wendell Brown's Notice of
7   Motion and Motion to Dismiss Claims 2-8; Memorandum of Points and Authorities" ("Brown's
8   Motion to Dismiss") which noticed the hearing date for January 3, 2006;

9   WHEREAS, on November 18, 2005, pursuant to the Court's request, Brown filed "Defendant
10  Wendell Brown's Amended Notice of Motion to Dismiss Claims 2-8," changing the date of the
11  hearing from January 3, 2006 to January 10, 2006;

12  WHEREAS, LiveOps, Teleo, and Brown agree to move the case management conference from
13  January 3, 2006 to January 10, 2006 to be on the same schedule as the hearing for Brown's Motion to
14  Dismiss;

15  WHEREAS, the requested change in date of the case management conference will not affect
16  the current case schedule;

17  WHEREAS, previous time modifications in this case are as follows:

18  - On October 10, 2005, LiveOps and Teleo filed a stipulation extending Teleo's time for
19    responding to the Complaint to November 7, 2005.
20  - On October 24, 2005, LiveOps and Brown filed a stipulation extending Brown's time
21    for responding to the Complaint to November 16, 2005.
22  - On November 1, 2005, LiveOps and Teleo filed a stipulation extending Teleo's time
23    for responding to the Complaint to November 16, 2005.

24  THEREFORE, LiveOps, Teleo, and Brown hereby stipulate to move the case management
25  conference from January 3, 2006 to January 10, 2006.

26  IT IS SO STIPULATED.

Case 3:05-cv-03773-MJJ   Document 32   Filed 12/09/05   Page 3 of 5
Case 3:05-cv-03773-MJJ   Document 24   Filed 11/29/2005   Page 3 of 5

Respectfully submitted,

DATED: November 28, 2005    By: _____
Richard P. Sybert
Jeffrey M. Ratinoff
Attorneys for Plaintiff
LIVEOPS, INC.

DATED: November ___, 2005    By: _____
Mark B. Helm

Attorneys for Defendant
TELEO, INC.

DATED: November ___, 2005    By: _____
Byron W. Cooper

Attorneys for Defendant
WENDELL BROWN

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/9/2005            _____
                            MARTIN J. JENKINS
                            UNITED STATES DISTRICT JUDGE

60642578 v1

- 3 -
STIPULATION AND [PROPOSED] ORDER MOVING THE CASE MANAGEMENT CONFERENCE TO JANUARY 10, 2006
C-05-3773 MJJ

Case 3:05-cv-03773-MJJ   Document 32   Filed 12/09/05   Page 4 of 5
11/29/2005 11:23 FAX 4155124046    MUNGER, TOLLES & OLSON    ☒004/005
Case 3:05-cv-03773-MJJ   Document 24   Filed 11/29/2005   Page 4 of 5

|     |                               |                                              |
| --- | ----------------------------- | -------------------------------------------- |
| 1   |                               | Respectfully submitted,                      |
| 3   | DATED: November ___, 2005     | By: _____           |
|     |                               | Richard P. Sybert                            |
|     |                               | Attorneys for Plaintiff                      |
|     |                               | LIVEOPS, INC.                                |
| 7   | DATED: November 29, 2005      | By: /s/ Mark Helm / by HH                    |
|     |                               | Mark B. Helm                                 |
|     |                               | Attorneys for Defendant                      |
|     |                               | TELEO, INC.                                  |
| 11  | DATED: November 29, 2005      | By: _____           |
|     |                               | Byron W. Cooper                              |
|     |                               | Attorneys for Defendant                      |
|     |                               | WENDELL BROWN                                |

17                              **ORDER**

19      PURSUANT TO STIPULATION, IT IS SO ORDERED.

22  Dated: _____        _____
                                                MARTIN J. JENKINS
                                         UNITED STATES DISTRICT JUDGE

60642578 v1

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 29 day of November, 2005. Any other counsel of record will be served by first class mail.

                                           /s/ Byron W. Cooper
                                           Byron W. Cooper