1  Kevin W. Alexander (CBN 175204)
   Richard P. Sybert (CBN 80731)
2  GORDON & REES LLP
   101 West Broadway, Suite 2000
3  San Diego, California 92101
   tel (619) 696-6700 / fax (619) 696-7124
4  emails kalexander@gordonrees.com
   rsybert@gordonrees.com
5
   Attorneys for Plaintiff
6  LIVEOPS, INC.

7  Byron W. Cooper (CBN 166578)
   TOWNSEND AND TOWNSEND AND CREW LLP
8  379 Lytton Avenue
   Palo Alto, CA 94301
9  tel (650) 326-2400 / fax (650) 328-2422
   email bwcooper@townsend.com
10
   Attorneys for Defendant
11 WENDELL BROWN

12

**E-filing**

**FILED**

DEC 20 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15  LIVEOPS, INC.,<br>a Delaware corporation,<br><br>16                                    Plaintiff,<br>17<br>           v.<br>18<br>TELEO, INC., a Nevada corporation;<br>19 WENDELL BROWN, an individual, and<br>DOES 1 through 99, inclusive,<br>20<br>                            Defendants.<br>21 | CASE NO.  C-05-3773-MJJ<br><br>STIPULATION EXTENDING TIME FOR DEFENDANT WENDELL BROWN TO RESPOND TO COMPLAINT<br><br>Action Filed:  September 19, 2005<br><br>Honorable Martin J. Jenkins |

-1-

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

1    WHEREAS, the Complaint in this matter was served on Defendant Wendell Brown

2  ("Brown") on about October 1, 2005; and

3    WHEREAS, Brown disputes that the Complaint was properly served;

4    WHEREAS, Brown has agreed, though his counsel, to accept service of the Complaint;

5    WHEREAS, Brown has requested and Plaintiff has agreed that Brown may have a 30-day

6  extension of time to respond to the Complaint, making Brown's response due on or before

7  November 16, 2005;

8    IT IS HEREBY STIPULATED by and between the parties hereto through their counsel

9  of record that defendant Brown's time for responding to the Complaint is extended to and

10  including November 16, 2005.

11

12  Dated:  October 18, 2005               GORDON & REES LLP

13

14                                 By _____
                                   Kevin W. Alexander
15                                 Richard P. Sybert
                                   Attorneys for Plaintiff,
16                                 LIVEOPS, INC.

17

18  Dated:  October 21, 2005               TOWNSEND AND TOWNSEND AND
                                   CREW LLP
19

20

21                                 By _____
                                   Byron W. Cooper
22                                 Attorneys for Defendant,
                                   WENDELL BROWN
23

                                   IT IS SO ORDERED
24

25

26                                 _____
                                   MARTIN J. JENKINS
27                                 UNITED STATES DISTRICT JUDGE

28                                 __1 · 22 / 2005_____
                                            DATE

-2-

STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT        C-05-3773-MJJ