KEVIN W. ALEXANDER (SBN: 175204)
RICHARD P. SYBERT (SBN: 80731)
MARSHALL S. BRENNER (SBN: 208780)
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile:  (619) 696-7124
Email: kalexander@gordonrees.com
Email: rsybert@gordonrees.com
Email: mbrenner@gordonrees.com

JEFFREY M. RATINOFF (SBN: 197241)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile:  (415) 986-8054
Email: jratinoff@gordonrees.com

Attorneys For: Plaintiff
LIVEOPS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVEOPS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TELEO, INC., et al. <br><br> Defendant. | CASE NO. C 05-03773 MJJ <br><br> **[PROPOSED]** ORDER GRANTING PLAINTIFF LIVEOPS'S REQUEST FOR SETTING THE HEARING FOR ITS MOTION FOR SANCTIONS AGAINST DEFENDANT WENDALL BROWN FOR JANUARY 18, 2006 <br><br> Date: January 18, 2006 <br> Time: 10:30 a.m. <br> Judge: Edward M. Chen <br> Dept.: Courtroom C, 15th Floor <br><br> Complaint Filed: September 19, 2005 |

Having considered Plaintiff LiveOps, Inc.'s Request for Setting the Hearing for Its Motion for Sanctions Against Defendant Wendall Brown for January 18, 2006, and for good cause appearing therefore,

~~IT~~ IT IS HEREBY ORDERED that Defendant shall file any opposition to the Motion for Sanctions by January 13, 2006.

///

1    IT IS HEREBY ORDERED that Plaintiff LiveOps, Inc.'s Motion for Sanctions Against
2  Wendell Brown, which was previously filed on December 28, 2005, be heard at 10:30 a.m. on
3  January 18, 2006 in Courtroom C, on the 15th Floor of the above entitled Court.
4  Dated: January  9  , 2006



HONORABLE M. CHEN

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

LOPS\1033315\941210.1

-1-
[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR SETTING HEARING DATE ON ITS SANCTIONS MOTION AGAINST DEFENDANT BROWN
CASE No. C 05-03773 MJJ