UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVEOPS, INC., | No. C-05-3773 MJJ (EMC) |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME TO FILE PROTECTIVE ORDER** |
| v. | |
| TELEO, INC., *et al.*, | |
| Defendants. | |

By letter dated January 25, 2006, Defendant Teleo represents to the Court that the parties request an extension of two days to file a stipulated protective order, as previously ordered by this Court.

The parties' request for an extension of time is hereby GRANTED. The parties shall meet and confer and file a protective order by January 27, 2006.

IT IS SO ORDERED.

Dated: January 26, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge