KEVIN W. ALEXANDER (SBN: 175204)
RICHARD P. SYBERT (SBN: 80731)
MARSHALL S. BRENNER (SBN: 208780)
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124
Email: kalexander@gordonrees.com
Email: rsybert@gordonrees.com
Email: mbrenner@gordonrees.com

JEFFREY M. RATINOFF (SBN: 197241)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
Email: jratinoff@gordonrees.com

Attorneys for Plaintiff and Counter Defendants LIVEOPS, INC. and
Counter Defendant WILLIAM TRENCHARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVEOPS, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TELEO, INC., et al.<br><br>　　　　Defendants.<br><br>_____<br><br>WENDELL BROWN,<br><br>　　　　Counter Claimant,<br><br>v.<br><br>LIVEOPS, INC. and<br>WILLIAM TRENCHARD,<br><br>　　　　Counter Defendants. | CASE NO. C 05-03773 MJJ<br>ORDER GRANTING:<br>**STIPULATION EXTENDING TIME FOR PLAINTIFF AND COUNTER DEFENDANT LIVEOPS, INC. AND COUNTER DEFENDANT WILLIAM TRENCHARD TO RESPOND TO DEFENDANT AND COUNTER CLAIMANT WENDELL BROWN'S COUNTERCLAIMS**<br><br>Complaint Filed: September 19, 2005 |

-1-

STIPULATION EXTENDING TIME FOR
TO RESPOND TO COUNTERCLAIMS

CASE NO. C 05-03773 MJJ

WHEREAS, Defendant and Counter Claimant Wendell Brown ("Brown") filed his Counterclaims on Plaintiff and Counter Defendant LiveOps, Inc. and Counter Defendant William Trenchard (collectively "Counter Defendants") on or about January 26, 2006.

WHEREAS Counter Defendants have requested and Wendell Brown has agreed that Counter Defendants may have a 21-day extension of time to respond to the Counterclaims.

WHEREAS, extending the deadline to for Counter-Defendants to respond to Browns' Counterclaims will not have an adverse affect on the schedule of this case.

IT IS HEREBY STIPULATED by and between the parties hereto through their counsel of record that Counter Defendants' time for responding to the Counterclaims is extended to and including March 14, 2006.

DATED: February 10, 2006　　　　TOWNSEND AND TOWNSEND AND CREW LLP


By: _____/s/_____
　　　Marilee Chen
　　　Attorneys for Defendant and Counter Claimant
　　　WENDELL BROWN

DATED: February 10, 2006　　　　GORDON & REES LLP


By: _____/s/_____
　　　Jeffrey M. Ratinoff
　　　Attorneys for Plaintiff and Counter Defendants
　　　LIVEOPS, INC. and Counter Defendant
　　　WILLIAM TRENCHARD

IT IS SO ORDERED,

2/10/2006　　　　*[signature]*
　　　　　　　　Martin J. Jenkins
　　　　　　　　U.S. District Judge

-2-

STIPULATION EXTENDING TIME FOR TO RESPOND TO COUNTERCLAIMS　　　　CASE NO. C 05-03773 MJJ

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Embarcadero Center West, 275 Battery Street, Suite 2000, San Francisco, CA 94111. On February 10, 2006, I served the within document in the case *LiveOps, Inc. v. Teleo, Inc. et al.*, N. D. Cal. Case No. C 05 3773 MJJ:

**STIPULATION EXTENDING TIME FOR PLAINTIFF AND COUNTER DEFENDANT LIVEOPS, INC. AND COUNTER DEFENDANT WILLIAM TRENCHARD TO RESPOND TO DEFENDANT AND COUNTER CLAIMANT WENDELL BROWN'S COUNTERCLAIMS**

|   |   |
|---|---|
| ☐ | by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. |
| ☐ | by placing a true copy of the document(s) listed above in a sealed envelope with postage thereon fully prepaid or provided for, at a station designated for collection and processing of envelopes and packages for mailing with the United States Post Office, addressed as set forth below. |
| ☐ | by placing a true copy of the document(s) listed above in a sealed envelope with postage thereon fully prepaid or provided for, at a station designated for collection and processing of envelopes and packages for mailing by overnight delivery by FedEx, addressed as set forth below. |
| ☒ | by transmitting via the internet the document(s) listed above to the email address(es) set forth below. |

Marilee S. Chan, Esq.
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA 94301

Mark B. Helm
Munger, Tolles & Olson LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service and Fed Ex on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 10, 2006, at San Francisco, California.

/s/
_____
Valerie Stevenson