E-filing

TOWNSEND AND TOWNSEND AND CREW LLP
BYRON W. COOPER (State Bar No. 166578)
GREGORY S. BISHOP (State Bar No. 184680)
MARILEE S. CHAN (State Bar No. 232432)
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
E-mail: masheehy@townsend.com
       bwcooper@townsend.com
       gsbishop@townsend.com
       mschan@townsend.com

TOWNSEND AND TOWNSEND AND CREW LLP
MAUREEN A. SHEEHY (State Bar No. 129859)
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111-3834
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
E-mail: (masheehy@townsend.com)

Attorneys for Defendant and Counterclaimant
WENDELL BROWN

FILED
FEB 27 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LiveOps, Inc., a Delaware Corporation,<br><br>         Plaintiff,<br><br>   v.<br><br>Teleo, Inc., a Nevada Corporation; Wendell Brown, an individual, and DOES 1 through 99, inclusive,<br><br>         Defendants.<br><br>Wendell Brown<br><br>         Counterclaimant,<br><br>   v.<br><br>LiveOps, Inc. and William Trenchard<br><br>         Counter-Defendants. | Case No.   C05-3773 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING RE-SCHEDULING OF FURTHER STATUS CONFERENCE**<br><br>The Hon. Judge Martin J. Jenkins<br>Courtroom 11, 19th Floor |

1     Plaintiff and Counter-Defendant LiveOps, Inc. ("LiveOps"), through its undersigned counsel,
2 Defendant Teleo, Inc., through its undersigned counsel, and Defendant and Counterclaimant Wendell
3 Brown ("Brown"), through its undersigned counsel, hereby submit this Stipulation and [Proposed]
4 Order Regarding Re-Scheduling of Further Status Conference. The parties jointly request that the
5 Further Status Conference, currently scheduled for June 27, 2006, at 2:00 p.m., be rescheduled to June
6 20, 2006, at 2:00 p.m., due to scheduling conflicts for counsel, or such other time as the Court deems
7 appropriate.

8     On February 21, 2006, counsel for the parties appeared for an Initial Case Management
9 Conference. That same day, Court issued its Civil Minutes (Docket No. 79) and scheduled a Further
10 Status Conference for June 27, 2006. This date presents a conflict to counsel for the parties, who had
11 understood that the Further Status Conference was to be scheduled for the week of June 19, 2006.

12     For these reasons, the parties have jointly stipulated to and request that the Court order the
13 following:

14     Re-scheduling the Further Status Conference from June 27, 2006, to June 20, 2006, at 2:00
15 p.m., or such other date and time as the court may direct.

16     This rescheduled date will not have any other impact on this action.

17     Accordingly, the parties now jointly request that the Further Status Conference be rescheduled
18 to June 20, 2006 at 2:00 p.m.

19     IT IS SO STIPULATED.

20 DATED: February 24, 2006     Respectfully submitted,

21                                 TOWNSEND AND TOWNSEND AND CREW LLP

22
23                                 By:   /s/ Maureen A. Sheehy
                                      Maureen A. Sheehy
24                                       Byron W. Cooper
                                      Marilee S. Chan

25                                       Attorneys for Defendant and Counter Claimant
26                                       WENDELL BROWN

27
28

| | | |
|---|---|---|
| 1 | DATED: February 24, 2006 | GORDON & REES LLP |
| 2 | | |
| 3 | | By: /s/ Richard P. Sybert |
| | | Marshall S. Brenner |
| | | Kevin W. Alexander |
| 4 | | Richard P. Sybert |
| | | Jeffrey Ratinoff |
| 5 | | |
| | | Attorneys for Plaintiff and Counter-Defendant |
| 6 | | LIVEOPS, INC. |
| 7 | | |
| 8 | DATED: February 24, 2006 | MUNGER TOLLES & OLSON LLP |
| 9 | | By: /s/ Hojoon Hwang |
| | | Hojoon Hwang |
| 10 | | Mark B. Helm |
| 11 | | Attorneys for Defendant |
| | | TELEO, INC. |

13  I, Maureen A. Sheehy, am the ECF User whose ID and password are being used to file this

14  **Stipulation and [Proposed] Order Regarding Re-Scheduling of Further Status Conference.** In

15  compliance with General Order 45, X.B., I hereby attest that concurrence in the filing of this

16  document has been obtained from Richard P. Sybert, counsel for Plaintiff and Counter-Defendant

17  LiveOps, Inc.; counsel for Plaintiff and Counter-Defendant LiveOps, Inc.; Mark B. Helm, counsel for

18  Defendant Teleo, Inc.

                                                            /s/ Maureen A. Sheehy
                                                            Maureen A. Sheehy

## ORDER

IT IS SO ORDERED.

DATED: 2/27, 2006

Martin J. Jenkins
United States District Court Judge