UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVEOPS, INC., | No. C-05-3773 MJJ (EMC) |
| Plaintiff, | **ORDER REQUIRING FURTHER BRIEFING ON DEFENDANTS' OBJECTION TO PLAINTIFF'S TRADE SECRET DESIGNATION** |
| v. | |
| TELEO, INC., *et al.*, | |
| Defendants. | |

By joint letter dated March 13, 2006 addressed to Judge Martin J. Jenkins, the parties have lodged with the Court a dispute over Plaintiff's designation of its trade secret disclosure under Cal. Code Civ. Proc. § 2019.210 (the "§ 2019 Disclosure") as Attorneys' and Consultants' Eyes' Only under the terms of the parties' Stipulated Protective Order. The matter has been referred to the undersigned for discovery.

The parties shall electronically file their respective Notice of Objection to Designation of Plaintiff's Trade Secret Designation and Response to Defendants' Objection to the Designation of Plaintiff's Trade Secret Designation, which were lodged with the March 13, 2006 letter to the Court.

Defendants have requested leave to brief their objection to Plaintiff's trade secret designation of the § 2019 Disclosure in a noticed motion. Defendants shall file a brief, no more than 5 pages in

///
///
///
///

<a>
</a>

length, replying to the arguments raised in Plaintiff's Response, by 4 p.m., March 30, 2006. Plaintiff shall also submit its § 2019 Disclosure for *in camera* review by that time.

IT IS SO ORDERED.

Dated: March 24, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2