UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVEOPS, INC., | No. C-05-3773 MJJ (EMC) |
| Plaintiff, | **ORDER REGARDING MEET AND CONFER LETTER AND STRIKING DOCKET NOS. 99 AND 100** |
| v. | |
| TELEO, INC., *et al.*, | |
| Defendants. _____/ | |

The Court held a discovery conference call on March 31, 2006 regarding Defendants' objection to the confidentiality designation of Plaintiff's § 2019 Disclosure Statement. The Court instructed the parties to meet and confer and to submit a joint letter by April 10, 2006, concerning the status of the parties' dispute. Without leave of Court, Defendants submitted after working hours on April 10, 2006 to this Court two letters via e-mail. Defendants were subsequently directed to electronically file the letters on April 11, 2006 (Docket No. 99 and Docket No. 100). Plaintiff's counsel, Richard Sybert, contacted this Court after working hours on April 10, 2006 and left a voicemail message objecting to Defendants' letters, informing the Court that as he was out of the country, Plaintiff would not be able to submit its response until Friday, April 14, 2006.

///
///
///
///
///

These communications to the Court are improper and not authorized. Docket Nos. 99 and 100 shall be stricken from the case file/record. The parties shall submit via electronic filing a *joint* letter by 4:00 p.m. on Friday, April 14, 2006 explaining the agreement and remaining dispute(s). A courtesy copy shall also be faxed to chambers fax number 415/522-4200.

In the future, the parties are forewarned they must comply with this Court's orders or be subject to sanctions.

IT IS SO ORDERED.

Dated: April 11, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge

2