UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVEOPS, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>TELEO, INC., a Nevada corporation, WENDELL BROWN, an individual, and DOES 1 through 99, inclusive,<br><br>Defendant. | CASE NO. C 05-03773 MJJ (EMC)<br><br>[PROPOSED] ORDER SEALING DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF OBJECTION TO DESIGNATION OF PLAINTIFF LIVEOPS, INC.'S TRADE SECRET DESIGNATION PURSUANT TO CAL.CIV.PROC.CODE §2019.210 AS "ATTORNEYS AND CONSULTANTS ONLY" PURSUANT TO CIVIL LOCAL RULE 79-5<br><br>Complaint Filed: September 19, 2005 |

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that the [provisionally] confidential material indicated in Defendants' Reply Memorandum in Support of Objection to Designation of Plaintiff Liveops, Inc.'s Trade Secret Designation Pursuant to Cal.Civ.Proc. Code §2019.210 as "Attorneys and Consultants Only," filed under seal on March 30, 2006, is and should remain confidential and not available for public inspection.

The Clerk of the Court shall maintain said document in accordance with the provisions of Civil Local Rule 79-5(f).

IT IS SO ORDERED.

Dated: April 11, 2006

EDWARD M. CHEN
United States Magistrate Judge