UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVEOPS, INC., | No. C-05-3773 MJJ (EMC) |
| Plaintiff, | **ORDER REGARDING APRIL 14, 2006 JOINT LETTER** |
| v. | (Docket No. 106) |
| TELEO, INC., *et al.*, | |
| Defendants. _____/ | |

Having considered the parties' joint letter dated April 14, 2006, the Court hereby orders that Defendants may retain LiveOps' original § 2019 Disclosure Statement with strict adherence to the "Attorneys and Consultants Only" designation pursuant to the Protective Order. During the March 31, 2006 telephonic hearing, the Court suggested that LiveOps prepare a revised § 2019 Disclosure Statement as a means of making the Disclosure available for use in this litigation, beyond the limited use by attorneys and consultants only. The revision was not intended, however, to supercede or replace the original § 2019 Disclosure Statement altogether. Although LiveOps raises a concern about inadvertent disclosure to Defendant Brown, LiveOps has not demonstrated an actual risk or likelihood that the original Disclosure would be shared with Mr. Brown.

IT IS SO ORDERED.

Dated: April 17, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge