KEVIN W. ALEXANDER (SBN: 175204)
RICHARD P. SYBERT (SBN: 80731)
MARSHALL S. BRENNER (SBN: 208780)
CRAIG J. MARIAM (SBN: 225280)
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124
email rsybert@gordonrees.com

Jeffrey M. Ratinoff, Bar No. 197241
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, California 94111
tel (415) 986-5900 / fax (415) 986-8054
email jratinoff@gordonrees.com

Attorneys For: Plaintiff/Counter-Defendants
LIVEOPS, INC. AND WILLIAM TRENCHARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVEOPS, INC., a Delaware corporation<br><br>Plaintiff<br><br>vs.<br><br>TELEO, INC., a Nevada corporation; WENDELL BROWN, an individual, and DOES 1 through 99, inclusive,<br><br>Defendant.<br><br>AND Related Counter Claims | CASE NO. C 05-03773 MJJ (EMC)<br><br>**STIPULATION REGARDING CONTINUED HEARING DATE**<br><br>ORDER |

IT IS HEREBY STIPULATED BY AND BETWEEN Defendant and Counter-Claimant Wendell Brown ("Brown") and Plaintiff and Counter-Defendant LiveOps, Inc.("LiveOps"), and their respective counsel of record, that the hearing on Wendell Brown's Motion to Compel 30(b)(6) Deposition shall be continued from July 19, 2006 to July 31, 2006 at 3:00 p.m. LiveOps's Opposition shall be due as previously scheduled on or before June 28, 2006. Brown's

-1-

1  reply, previously scheduled to be due on or before July 5, 2006, shall now be due on or before
2  July 7, 2006.
3  Dated: June 14, 2006      GORDON & REES LLP

5  By: _____
6  Richard Sybert
    Timothy K. Branson
7  Attorneys For Plaintiff/Cross-Defendants
    LIVEOPS, INC. and WILLIAM
8  TRENCHARD

9  Dated: June 14, 2006      TOWNSEND AND TOWNSEND AND
    CREW LLP

12  By: _____
    Maureen A. Sheehy
    Tae H. Kim
13  Attorneys For Defendant/Cross-Claimant
    WENDELL BROWN

**ORDER**

16  **IT IS SO ORDERED.**

18  Date: June 16, 2006

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

LOPS\1033315\357468.1

-2-

STIPULATION REGARDING CONTINUED HEARING DATE      CASE NO. C 05-03773 MJJ

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

USDC, NORTHERN DISTRICT OF CALIFORNIA
CASE NO. 3:05 CV -05-3773-MJJ

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: 101 West Broadway, Suite 1600, San Diego, CA 92101. On June 15, 2006, I served the within documents:

- **Stipulation Regarding Continued Hearing Date And [Proposed] Order On Stipulation Regarding Continued Hearing Date**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at 101 W. Broadway, Suite 1600, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by FedEx as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as follows:

☐ by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by overnight delivery as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as follows:

☐ by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by Express Mail by U.S. post office as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as follows:

Mark B. Helm, Esq.
Hojoon Hwang, Esq.
Miriam Kim, Esq.
Munger, Tolles & Olson LLP
560 Mission Street, 27th Flr.
San Francisco, CA 94105-2907
T: (415) 512-4000
F: (415) 512-4077

Marilee S. Chan, Esq.
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA 94301
T: (650) 326-2400
F: (650)328-2422

Maureen A. Sheehy, Esq.
Townsend and Townsend and Crew
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
T: (415) 576-0200
F: (415) 576-0300

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 15, 2006, at San Diego, California.

Jeanne Mydland-Evans

LOPS\1033315\356304.1