| | |
|---|---|
| 1 | KEVIN W. ALEXANDER (SBN: 175204) |
| | RICHARD P. SYBERT (SBN: 80731) |
| 2 | MARSHALL S. BRENNER (SBN: 208780) |
| | CRAIG J. MARIAM (SBN: 225280) |
| 3 | GORDON & REES LLP |
| | 101 West Broadway, Suite 1600 |
| 4 | San Diego, CA 92101 |
| | Telephone: (619) 696-6700 |
| 5 | Facsimile: (619) 696-7124 |
| | email rsybert@gordonrees.com |
| 6 | |
| | Jeffrey M. Ratinoff, Bar No. 197241 |
| 7 | GORDON & REES LLP |
| | Embarcadero Center West |
| 8 | 275 Battery Street, Suite 2000 |
| | San Francisco, California 94111 |
| 9 | tel (415) 986-5900 / fax (415) 986-8054 |
| | email jratinoff@gordonrees.com |
| 10 | |
| | Attorneys For: Plaintiff/Counter-Defendants |
| 11 | LIVEOPS, INC. AND WILLIAM TRENCHARD |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LIVEOPS, INC., a Delaware corporation | ) | CASE NO. C 05-03773 MJJ (EMC) |
| | ) | |
| Plaintiff | ) | **STIPULATION RE: DEADLINES FOR FILING AND SERVICE OF OPPOSITION AND REPLY PAPERS** |
| vs. | ) | |
| TELEO, INC., a Nevada corporation; WENDELL BROWN, an individual, and DOES 1 through 99, inclusive, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| AND Related Counter Claims o | ) | |

IT IS HEREBY STIPULATED BY AND BETWEEN Defendant and Counter-Claimant Wendell Brown ("Brown") and Plaintiff and Counter-Defendant LiveOps, Inc.("LiveOps"), and their respective counsel of record, that the deadline for LiveOps to file and serve its Opposition to Wendell Brown's Motion to Compel 30(b)(6) Deposition shall be continued two (2) court days from June 28, 2006 to June 30, 2006. Brown's Reply, previously scheduled to be due by

-1-
STIPULATION REGARDING DEADLINES TO FILE OPPOSITION AND REPLY PAPERS
CASE NO. C 05-03773 MJJ

1  July 7, 2006 by stipulation, shall now be due on or before July 11, 2006. The hearing remains
2  specially set for July 31, 2006 at 3:00 p.m.

3  Dated: June 28, 2006                                    GORDON & REES LLP

5                                                          By: _____
6                                                              Richard P. Sybert
                                                               Timothy K. Branson
7                                                              Attorneys For Plaintiff/Cross-Defendants
                                                               LIVEOPS, INC. and WILLIAM
8                                                              TRENCHARD

9  Dated: June 28, 2006                                    TOWNSEND AND TOWNSEND AND
                                                           CREW LLP

12                                                         By: _____
                                                               Maureen A. Sheehy
13                                                             Marilee S. Chan
                                                               Tae H. Kim
14                                                             Attorneys For Defendant/Cross-Claimant
                                                               WENDELL BROWN

16                                                         **ORDER**

17 **IT IS SO ORDERED.**

19 Date: ____June 29, 2006____

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

LOPS\1033315\357468.1 | STIPULATION REGARDING DEADLINES TO FILE OPPOSITION AND REPLY PAPERS
CASE NO. C 05-03773 MJJ

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101