Kevin W. Alexander, Bar No. 175204
Richard P. Sybert, Bar No. 80731
Marshall S. Brenner, Bar No. 208780
Craig J. Mariam, Bar No. 225280
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, California 92101
tel (619) 696-6700 / fax (619) 696-7124
email rsybert@gordonrees.com

Jeffrey M. Ratinoff, Bar No. 197241
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, California 94111
tel (415) 986-5900 / fax (415) 986-8054
email jratinoff@gordonrees.com

Attorneys for Plaintiff/Counterdefendants
LIVEOPS, INC. and WILLIAM TRENCHARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVEOPS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> TELEO, INC., a Nevada corporation; WENDELL BROWN, an individual, and DOES 1 through 99, inclusive, <br><br> Defendants. | CASE NO. C 05-03773 MJJ <br><br> STIPULATION AND [PROPOSED] ORDER RE FILING OF AMENDED COMPLAINT |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file an Amended Complaint, a copy of which is attached hereto.

IT IS FURTHER STIPULATED that defendants waive notice and service of the amended complaint and shall not be required to answer the amendment, and that all denials,

-1-

STIPULATION AND [PROPOSED] ORDER RE FILING OF AMENDED COMPLAINT

1  responses and affirmative defenses contained in the answer filed by defendants to the original
2  complaint shall be responsive to the amended complaint.

Dated: May 3, 2006                    GORDON & REES LLP

                                      By _____
                                         Richard P. Sybert
                                      Attorneys for Plaintiff/Counterdefendant
                                      LIVEOPS, INC. and Counterdefendant
                                      WILLIAM TRENCHARD

Dated: May 5, 2006                    TOWNSEND AND TOWNSEND AND
                                      CREW LLP

                                      By _____
                                         Byron W. Cooper  Maureen A. Sheehy
                                      Attorneys for Defendant/Counterclaimant
                                      WENDELL BROWN

Dated: May __, 2006                   MUNGER TOLLES & OLSON LLP

                                      By _____
                                         Mark B. Helm
                                         Hojoon Hwang
                                      Attorneys for Defendant
                                      TELEO, INC.

Pursuant to the Stipulation above, and good cause appearing therefor, IT IS SO ORDERED.

Dated: 7/27/2006

                                      _____
                                      MARTIN J. JENKINS
                                      UNITED STATES DISTRICT JUDGE

-2-

STIPULATION AND [PROPOSED] ORDER RE FILING OF AMENDED COMPLAINT