KEVIN W. ALEXANDER (SBN: 175204)
RICHARD P. SYBERT (SBN: 80731)
MARSHALL S. BRENNER (SBN: 208780)
CRAIG J. MARIAM (SBN: 225280)
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124
email rsybert@gordonrees.com

Jeffrey M. Ratinoff, Bar No. 197241
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, California 94111
tel (415) 986-5900 / fax (415) 986-8054
email jratinoff@gordonrees.com

Attorneys For: Plaintiff/Counter-Defendants
LIVEOPS, INC. AND WILLIAM TRENCHARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVEOPS, INC., a Delaware corporation,<br><br>                Plaintiff<br><br>vs.<br><br>TELEO, INC., a Nevada corporation; WENDELL BROWN, an individual, and DOES 1 through 99, inclusive,<br><br>                Defendant.<br><br>AND Related Counter Claims | CASE NO. C 05-03773 MJJ (EMC)<br><br>**STIPULATED DISMISSAL AND DISMISSAL WITH PREJUDICE OF ACTION IN ITS ENTIRETY AND ORDER THEREON** |

**STIPULATION OF DISMISSAL**

Plaintiff/Counter-Defendant LiveOps, Inc., Counter-Defendant William Trenchard, Defendant Teleo, Inc., and Defendant/Counter-Claimant Wendell Brown hereby stipulate to the dismissal of this cause as set forth below, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure:

-1-

1. LiveOps, Inc., hereby dismisses its claims against Teleo, Inc., and Wendell Brown with prejudice, and;

2. Wendell Brown hereby dismisses his cross-claims against LiveOps, Inc., and William Trenchard with prejudice.

Respectfully submitted and so stipulated:

Dated: ~~November~~ December 1, 2006     GORDON & REES LLP

By: _____
Richard P. Sybert
Attorneys For Plaintiff/Cross-Defendants
LIVEOPS, INC. and WILLIAM TRENCHARD

Dated: ~~November~~ December 1, 2006     MUNGER TOLLES & OLSON LLP

By: _____
Miriam Kim
Hojoon Hwang
Attorneys for Defendant
TELEO, INC.

Dated: November __, 2006     TOWNSEND AND TOWNSEND AND CREW LLP

By: _____
Maureen A. Sheehy
Byron Cooper
Tae H. Kim
Attorneys For Defendant/Cross-Claimant
WENDELL BROWN

/ / /

/ / /

/ / /

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

-2-

STIPULATED DISMISSAL AND DISMISSAL WITH PREJUDICE OF ACTION IN ITS ENTIRETY AND ORDER THEREON
CASE NO. C 05-03773 MJJ

1. LiveOps, Inc., hereby dismiss its claims against Teleo, Inc., and Wendell Brown with prejudice, and;

2. Wendell Brown hereby dismisses his cross-claims against LiveOps, Inc., and William Trenchard with prejudice.

Respectfully submitted and so stipulated:

Dated: November __, 2006          GORDON & REES LLP

By:_____
Richard P. Sybert
Attorneys For Plaintiff/Cross-Defendants
LIVEOPS, INC. and WILLIAM TRENCHARD

Dated: November __, 2006          MUNGER TOLLES & OLSON LLP

By:_____
Miriam Kim
Hojoon Hwang
Attorneys for Defendant
TELEO, INC.

Dated: ~~November __, 2006~~ December 4, 2006

TOWNSEND AND TOWNSEND AND CREW LLP

By:_____
Maureen A. Sheehy
Byron Cooper
Tae H. Kim
Attorneys For Defendant/Cross-Claimant
WENDELL BROWN

/ / /

/ / /

/ / /

-2-
STIPULATED DISMISSAL AND DISMISSAL WITH PREJUDICE OF ACTION IN ITS ENTIRETY AND ORDER THEREON
CASE NO. C 05-03773 MJJ

1  **ORDER**

2  **IT IS ORDERED THAT**, this action, Case No. C 05-03773 MJJ (EMC), is dismissed in

3  its entirety with prejudice.

4  **IT IS SO ORDERED.**

5  Dated: January 23, 2006

   _____
   HON. MARTIN J. JENKINS
6  JUDGE OF THE U.S. DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):     Telephone No.<br>Kevin Alexander (SBN: 175204)           (619) 696-6700<br>Richard P. Sybert (SBN: 80731)        Fax: (619) 696-7124<br>Marshall S. Brenner (SBN: 208780)<br>Craig J. Mariam (SBN: 225280)<br>GORDON & REES, LLP<br>101 West Broadway, Suite 1600<br>San Diego, California 92101 | |
| **SHORT CASE TITLE**<br>LiveOps, Inc. v. Teleo, Inc. | |
| **ATTORNEYS FOR**: LIVEOPS, INC. AND WILLIAM TRENCHARD | Court Case No.<br>C 05-03773 MJJ (EMC) |

# PROOF OF SERVICE

    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Gordon & Rees, LLP, 101 West Broadway, Suite 1600, San Diego, California 92101. On December 5, 2006, I served the within documents:

    STIPULATED DISMISSAL AND DISMISSAL WITH PREJUDICE OF ACTION IN ITS ENTIRETY AND ORDER THEREON

( X ) BY ELECTRONIC FILING. I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

    I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

    I declare, under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

    Executed on December 5, 2006, at San Diego, California.

                                               /s/ Julie DeVercelly
                                               Julie DeVercelly